UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-00735-AH-(MARx) | Date | May 26, 2026 |
| Title | *Bradley Sparks v. Select Portfolio Servicing et al.* | | |

Present: The Honorable   Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

The Court has reviewed the Joint Case Management Statement. Dkt. No. 32. The parties are ordered to show cause in writing, on or before June 5, 2026, whether this action is stayed due to Plaintiff filing for bankruptcy on May 5, 2026. The scheduling conference currently set for May 28, 2026, is continued to **June 18, 2026** at 9:00 a.m. No oral argument on this matter will be heard unless otherwise ordered by the Court. Fed. R. Civ. P. 78(b); L.R. 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause.

**IT IS SO ORDERED.**